Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 18−29699−RG
    Chapter: 13
    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Steven Eung−Suk Kim
   aka Eung−Suk Kim
   133 Third St
   Mahwah, NJ 07430−1252

Social Security No.:
   xxx−xx−1252

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/21/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 21, 2019
JAN: slm

                                                                               Jeanne Naughton
                                                                               Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 18-29699-RG
Steven Eung-Suk Kim                                               Chapter 13
        Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-2        User: admin               Page 1 of 2           Date Rcvd: Aug 21, 2019
                            Form ID: 148              Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
db             Steven Eung-Suk Kim,    133 Third St,   Mahwah, NJ 07430-1252
517793310      Aes/Suntrust Bank,    PO Box 61047,   Harrisburg, PA 17106-1047
517829744     +American Education Services,    PO BOX 8183,   HARRISBURG, PA 17105-8183
517793315      MCCabe, Weinberg & Conway P.C.,    216 Haddon Ave,   Westmont, NJ 08108-2809
517793316      New York Divsion of Taxation,    PO Box 5300,   Albany, NY 12205-0300
517793317     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,   PO Box 245,
                 Trenton, NJ 08695-0245)
518022347     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
517793318      Sterling National Bank,    1 Corporate Dr Ste 360,   Lake Zurich, IL 60047-8945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2019 23:56:12      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2019 23:56:10      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517820095       EDI: BECKLEE.COM Aug 22 2019 03:38:00      American Express National Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517793312       EDI: AMEREXPR.COM Aug 22 2019 03:38:00      Amex,   PO Box 1270,   Newark, NJ 07101-1270
517793311       EDI: AMEREXPR.COM Aug 22 2019 03:38:00      Amex,   PO Box 981540,   El Paso, TX 79998-1540
517900699       EDI: CAPITALONE.COM Aug 22 2019 03:38:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
517793313       EDI: CAPITALONE.COM Aug 22 2019 03:38:00      Capital One Bank USA,   PO Box 30285,
                 Salt Lake City, UT 84130-0285
517793314       EDI: IRS.COM Aug 22 2019 03:38:00     IRS,   955 S Springfield Ave Bldg A,
                 Springfield, NJ 07081-3570
517793320       EDI: WFFC.COM Aug 22 2019 03:38:00     Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,
                 Frederick, MD 21701-4747
517793319       EDI: WFFC.COM Aug 22 2019 03:38:00     Wells Fargo Bank Nv NA,   PO Box 31557,
                 Billings, MT 59107-1557
517904456       EDI: WFFC.COM Aug 22 2019 03:38:00     Wells Fargo Bank, N.A.,
                 Attn: Default Document Processing,   MAC# N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
517841786       EDI: WFFC.COM Aug 22 2019 03:38:00     Wells Fargo Bank, N.A.,
                 1000 Blue Gentian Road N9286-01Y,   Eagan, MN 55121-7700
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517871440*      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
517894719*      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
518022348*     +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
                                                                                TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: Aug 21, 2019
                              Form ID: 148              Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:

```
              Alexandra T. Garcia    on behalf of Creditor    ASTORIA BANK NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Sterling National Bank, as successor by merger to
               Astoria Bank NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Francis T. Tarlecki    on behalf of Creditor    Sterling National Bank, as successor by merger to
               Astoria Bank Njecfmail@mwc-law.com,   ftarlecki.kashlaw@gmail.com
              J. Todd Murphy    on behalf of Debtor Steven Eung-Suk Kim tmurphy@toddmurphylaw.com,
               tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com
              Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Sterling National Bank, as successor by merger to
               Astoria Bank nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Melissa S DiCerbo    on behalf of Creditor    ASTORIA BANK nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 11
```