| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee<br><br>IN RE:<br><br>    STEVEN EUNG-SUK KIM | Order Filed on August 21, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:  18-29699<br><br>Judge:  ROSEMARY GAMBARDELLA |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

**DATED: August 21, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s): STEVEN EUNG-SUK KIM

Case No.: 18-29699

Caption of Order:    Order Dismissing Petition

---

    THIS MATTER having come before the Court on the application of the Chapter 13 Standing Trustee, and the Court having considered the Chapter 13 Standing Trustee's application and the Court having ordered the debtor(s) to sell or refinance property or complete a loan modification as set forth in the attached certification, and the debtor(s) having failed to comply with that order as set forth in the attached certification, and good and sufficient cause appearing therefrom for the entry of this order, it is:

    ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

    Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Steven Eung-Suk Kim  
    Debtor

Case No. 18-29699-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 21, 2019  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.  
db    Steven Eung-Suk Kim,    133 Third St,    Mahwah, NJ 07430-1252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:

    Alexandra T. Garcia    on behalf of Creditor    Sterling National Bank, as successor by merger to Astoria Bank NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
    Alexandra T. Garcia    on behalf of Creditor    ASTORIA BANK NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
    Francis T. Tarlecki    on behalf of Creditor    Sterling National Bank, as successor by merger to Astoria Bank Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
    J. Todd Murphy    on behalf of Debtor Steven Eung-Suk Kim tmurphy@toddmurphylaw.com, tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com  
    Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
    Marie-Ann Greenberg    magecf@magtrustee.com  
    Melissa S DiCerbo    on behalf of Creditor    Sterling National Bank, as successor by merger to Astoria Bank nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
    Melissa S DiCerbo    on behalf of Creditor    ASTORIA BANK nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
    William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
    TOTAL: 11