UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

McCABE, WEISBERG & CONWAY, LLC
By: Melissa S. Dicerbo, Esq. (Atty.
I.D.#MSD4070)
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
856-858-7080
Attorneys for Movant: Sterling National Bank, as
successor by merger to Astoria Bank

IN re:

Steven Eung-Suk Kim aka Eung-Suk Kim
        Debtor/Respondent

Maria Myung Hee Kim
        Co-Debtor/Respondent

**FILED**
JEANNE A. NAUGHTON, CLERK

SEP 1 1 2019

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No.: 18-29699-RG
Chapter: 13
Judge: Rosemary Gambardella

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

_____
                    USBJ

9-11-19

(Page 2)
Debtors:  Steven Eung-Suk Kim aka Eung-Suk Kim
Co-Debtor: Maria Myung Hee Kim
Case No: 18-29699-RG
Caption of Order:  ORDER VACATING STAY

Upon the motion of **Sterling National Bank, as successor by merger to Astoria Bank**, or its successors or assignees, under Bankruptcy Code section 362(a) and 1301 for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒     Real property more fully described as:

2181 Linwood Ave, Fort Lee Borough, NJ 07024

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐     Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29699-RG
Steven Eung-Suk Kim                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 11, 2019
                             Form ID: pdf903           Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db              Steven Eung-Suk Kim,   133 Third St,    Mahwah, NJ  07430-1252

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Sterling National Bank, as successor by merger to
           Astoria Bank NJECFMAIL@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia    on behalf of Creditor    ASTORIA BANK NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Francis T. Tarlecki    on behalf of Creditor    Sterling National Bank, as successor by merger to
           Astoria Bank Njecfmail@mwc-law.com,  ftarlecki.kashlaw@gmail.com
          J. Todd Murphy    on behalf of Debtor Steven Eung-Suk Kim tmurphy@toddmurphylaw.com,
           tmurphyecfmail@gmail.com;ejacobson381@gmail.com;G7187@notify.cincompass.com
          Kevin Gordon McDonald    on behalf of Creditor    Specialized Loan Servicing, LLC
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Melissa S DiCerbo    on behalf of Creditor    Sterling National Bank, as successor by merger to
           Astoria Bank nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Melissa S DiCerbo    on behalf of Creditor    ASTORIA BANK nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                              TOTAL: 11